UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION
Case No. 12-14076-CIV-GRAHAM/WHITE

DIEGO PINEDA DUQUE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

**THIS CAUSE** comes before the Court upon Diego Pineda Duque's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge White has issued a Report and Recommendation [D.E. 4] (the "Magistrate Judge's Report") for this Court's consideration recommending that the motion be dismissed without prejudice. No timely objections to the Report have been filed.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 4] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Motion Under 28 U.S.C. § 2255 to

Vacate, Set Aside, or Correct Sentence [D.E. 1] is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED AND ADJUDGED** that the clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2012.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
Counsel of Record

Diego Pineda-Duque, Pro Se
Reg. No. 50316-053
D. Ray James Correctional Institution
Post Office Box 2000
Folkston, GA 31537